B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Brantley Land & Timber Company, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Brantley County Tax Commissioner**<br>**P.O. Box 829**<br>**Nahunta, GA 31553** | **Brantley County Tax Commissioner**<br>**P.O. Box 829**<br>**Nahunta, GA 31553** | **Property Taxes on lots sold at tax sales** | **Disputed** | **1,542,965.72** |
| **Daniel Dukes**<br>**P.O. Box 55**<br>**Lake Butler, FL 32054** | **Daniel Dukes**<br>**P.O. Box 55**<br>**Lake Butler, FL 32054** | **Partner Loan** | **Disputed** | **87,035.00** |
| **Rodney Cobb**<br>**6085 Lake Forrest Drive, Suite 200**<br>**Atlanta, GA 30328** | **Rodney Cobb**<br>**6085 Lake Forrest Drive, Suite 200**<br>**Atlanta, GA 30328** | **Partner Loan** | **Disputed** | **24,149.00** |
| **State Bank & Trust Company**<br>**3399 Peachtree Road, NE**<br>**The Lennox Buillding, Suite 2050**<br>**Atlanta, GA 30326** | **State Bank & Trust Company**<br>**3399 Peachtree Road, NE**<br>**The Lennox Buillding, Suite 2050**<br>**Atlanta, GA 30326** | **Loan Secured by Real Property on Schedule A and Personal Property on Schedule B, including Mortgage Receivables** |  | **11,004,383.74**<br><br>**(Unknown secured)** |
| **Victor Smith**<br>**10892 Crabapple Rd., Suite 100**<br>**Roswell, GA 30076** | **Victor Smith**<br>**10892 Crabapple Rd., Suite 100**<br>**Roswell, GA 30076** | **Partner Loan** | **Disputed** | **80,496.00** |
| **W&D Investments, Inc.**<br>**c/o Mark D. Johnson, Gilbert, Harrell**<br>**P.O. Box 190**<br>**Brunswick, GA 31521-0190** | **W&D Investments, Inc.**<br>**c/o Mark D. Johnson, Gilbert, Harrell**<br>**P.O. Box 190**<br>**Brunswick, GA 31521-0190** | **Water System** | **Disputed** | **213,000.00** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Brantley Land & Timber Company, LLC**       Case No.                                    

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Receiver of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 15, 2015**                     Signature    **/s/ Jerry W. Harper**

                                                        **Jerry W. Harper**
                                                        **Receiver**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.